(118 So. 250)

**Leonard KNIGHT v. STATE.   (5 Div. 4.)**

Supreme Court of Alabama.   Oct. 4, 1928.

Pruet & Glass, of Ashland, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.   Petition of Leonard Knight for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Knight v. State, 22 Ala. App. 500, 118 So. 249.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(118 So. 250)

**Oscar KNIGHT v. STATE.   (5 Div. 5.)**

Supreme Court of Alabama.   Oct. 4, 1928.

Pruet & Glass, of Ashland, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

BROWN, J.   Petition of Oscar Knight for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Knight v. State, 22 Ala. App. 501, 118 So. 250.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(118 So. 241)

**Jeff BARNES v. STATE.   (7 Div. 841.)**

Supreme Court of Alabama.   Oct. 4, 1928.

Merrill & Field, of Anniston, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

FOSTER, J.   Petition of Jeff Barnes for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Barnes v. State, 22 Ala. App. 581, 118 So. 239.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.